AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) |
| v. | ) Case: 1:24-mj-00142 |
| Sandra Steen | ) Assigned to: Judge Meriweather, Robin M. |
| | ) Assign Date: 4/23/2024 |
| | ) Description: COMPLAINT W/ ARREST WARRANT |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Sandra Steen,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1)- Entering or Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D)- Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G)- Parading, Picketing, or Demonstrating in a Capitol Building

Date: 04/23/2024

2024.04.23 14:57:54 -04'00'

*Issuing officer's signature*

City and state: Washington, D.C.

Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 4/23/24, and the person was arrested on *(date)* 4/29/24
at *(city and state)* Springfield, MO.

Date: 4/29/24

*Arresting officer's signature*

SA Isaac McPheeters
*Printed name and title*