# IN THE UNTIED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES       : | |
| :                   | |
| v.                  : | No. 1:24-MJ-142 |
| :                   | |
| SANDRA STEEN        : | |
| :                   | |
| :                   | |

## APPEARANCE OF COUNSEL

Undersigned counsel Charles Burnham hereby enters his appearance as pro hac vice counsel for defendant Sandra Steen.

    Respectfully submitted,

    By: /s/ Charles Burnham
    Charles Burnham, Esq.
    BURNHAM & GOROKHOV, PLLC
    1750 K Street NW, Suite 300
    Washington, DC 20006
    (202) 386-6920 (phone)
    (202) 765-2173 (fax)
    charles@burnhamgorokhov.com

CERTIFICATE OF SERVICE

I certify that I have served this document through ecf.

                Respectfully submitted,

                By: /s/ Charles Burnham
                Charles Burnham, Esq.
                BURNHAM & GOROKHOV, PLLC
                1750 K Street NW, Suite 300
                Washington, DC 20006
                (202) 386-6920 (phone)
                (202) 765-2173 (fax)
                charles@burnhamgorokhov.com